**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 3:06CV0176 |
| | ) | |
| UNION FEDERAL BANK | ) | District Judge Thomas M. Rose |
| ACCOUNT # ******1237 | ) | |
| In the name of George Liu | ) | |
| In the Amount of $1,685,813.49, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION**
**FOR LEAVE TO INTERVENE BY GE MONEY BANK**

GE Money Bank, by its duly authorized attorney, having filed its motion for leave to intervene, **Docket Entry No. 6**,

AND THE COURT, having reviewed said motion and being duly advised in the premises, now finds that said motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that GE Money Bank may intervene in this action, pursuant to Civ.R. 24 of the Rules of Civil Procedure for the purpose of protecting and preserving its rights and interests as they relate to the Union Federal Bank Account # ******1237 in the name of George Liu in the amount of $1,685,813.49.

So ORDERED this 24th day of October, 2006.

**\*s/THOMAS M. ROSE**

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

**DISTRIBUTION TO:**

Diane Stehle Dix
Vice President and Senior Counsel
GE Money - Americas
950 Forrer Boulevard
Kettering, OH   45420
Diane.Dix@ge.com


Pamela M. Stanek
Assistant United States Attorney
602 Federal Building
200 West Second Street
Dayton, Ohio  45402
pamela.stanek@usdoj.gov